UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Chuck H. Crowell,                      Civil No. 12-129 (RHK/FLN)

      Plaintiff,                          **ORDER**

v.

Carolyn W. Colvin, acting Commissioner of
Social Security,

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 13, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 18 ) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Doc. No. 15 ) is **GRANTED**; and

3. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 7, 2013

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge